UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCED CARDIOLOGY CENTER CORPORATION,<br><br>    Debtor/Appellant,<br><br>    v.<br><br>CENTRO IMAGENES DEL OESTE & MAYAGUEZ ADVANCED RADIOTHERAPY CENTER,<br><br>    Appellees. | Civil No. 08-2122 (JAF)<br><br>(Related to Bankr. Case No. 07-00061-BKT 11) |

**O R D E R**

This matter is before the District Court on appeal from the Bankruptcy Court of a dismissal order, entered on June 6, 2008, of a Chapter 11 proceeding filed by Advanced Cardiology Center Corporation. See Docket No. 356, Case No. 07-00061-BKT 11.

Having examined the briefs on appeal, we now **affirm** the dismissal of the Debtor's Chapter 11 case for the reasons advanced by the Bankruptcy Judge and the Appellees' brief, Docket No. 9.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 20th day of February, 2009.

                                s/José Antonio Fusté
                                JOSE ANTONIO FUSTE
                                Chief U.S. District Judge